UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 05-2173(DSD/JJG)

Christine Arnott, et al.

    Plaintiff,

v.                    **ORDER**

Archway Marketing Services,

    Defendant.

The court having been advised by counsel that the above-entitled action has been settled, or is in the process of being settled,

**IT IS HEREBY ORDERED** that this case is dismissed, the court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action upon good cause shown.

Dated: March 28, 2007

                        s/David S. Doty
                        David S. Doty, Judge
                        United States District Court